**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of the Arbitration of Certain Disputes, Claims and Controversies between<br><br>Marlon A. Pena,<br><br>                    Petitioner,<br><br>vs.<br><br>TD AUTO FINANCE LLC., AKA, TD BANK, TD AUTO FINANCE<br><br>                    Respondents. | Civil Action No.: 2:19-cv-21492-MCA-MAH<br><br><br><br>**RETURNABLE JANUARY 21, 2020** |

**NOTICE OF DEFENDANT TD AUTO FINANCE LLC'S CROSS-MOTION TO DISMISS PLAINTIFF'S PETITION TO ENFORCE ARBITRATION AWARD AND APPLICATION FOR AN ALL WRITS ACT INJUNCTION**

**PLEASE TAKE NOTICE THAT** on January 21, 2020, or on a date to be set by this Court, Defendant TD Auto Finance LLC ("Defendant") by its undersigned counsel, will move before the Honorable Madeline Cox Arleo, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Newark, New Jersey 07101, for entry of an order dismissing Plaintiff's Petition with prejudice for failure to state a claim, and granting Defendant's application for an All Writs Act Injunction against Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely on the accompanying brief. A proposed order is also submitted herewith.

Respectfully submitted,

**BROWN & CONNERY, LLP**

Dated: January 7, 2020

*s/ Jennifer A. Harris*
Jennifer A. Harris, Esq.
6 North Broad Street
Woodbury, New Jersey 08096
(856) 812-8900
jharris@brownconnery.com
*Attorneys for Defendant TD Auto Finance LLC*