# Exhibits - D

***Detailed Schedule of Exhibits:***

**EXHIBITS – D**

1. Copy of **Notice of Fault/Notice of Default to Respondent TDAF** (1 page).

# NOTICE OF FAULT IN DISHONOR
## (Opportunity to Cure)
## SERVED OR PRESENTED via the: UNITED STATES POSTAL SERVICE
## by the UNITED STATES POST OFFICE via First Class Postage Prepaid

Notice date:     March 4, 2019

Claimant(s):     **From:** Marlon A. Pena
                 **Address:** 1170 Main St Apt 25
                 River Edge, New Jersey 07661

                          Respondent(s):

To: TD AUTO FINANCE-CEO:
ATTN: C.E.O.
Address: Two Portland Square
Portland, ME 04112-9540
Account No.: Acct:# 1101028447
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 7416

To: BROWN & CONNERY LLP
Attn: Jeffrey R. Johnson
Address: 360 Haddon Avenue
Westmont, New Jersey 08108
Account No.: Acct:# 1101028447
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 2627

To: Supreme Court Clerk's Office
R. J. Hughes Justice Complex
Chief Justice Stuart Jeff Rabner
P.O. Box 970
Trenton, NJ 08625-0970
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 6915

To: The United States Supreme Court
Attn: Chief justice John Glover Roberts Jr.
1 First St NE
Washington, DC 20543
CERTIFIED MAIL NUMBER: 7017 2400 0000 8910 4254

To: Office Of The Attorney General
Attn: Gurbir Singh Grewal
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 2641

To: UNITED STATES OF AMERICA
c/o U.S Department of Justice
950 Pennsylvania Ave N.W
Washington, DC 20530
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 2634

To: United States District Court for the District of New Jersey.
50 Walnut Street
Newark, NJ 07102
Docket No : 2:17-cv-00599-MCA-LDW
Priority Mail® NUMBER: 9114 9999 4431 3786 5966 27

To: U.S. House of Representatives 5th District
Attn: Josh Gottheimer
213 Cannon HOB
Washington, DC 20515
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 2665

To: Office of Governor
Attn: Philip Dunton Murphy
PO Box 001
Trenton, NJ 08625
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 6946

To: The Treasurer of the United States
Office of the Treasurer and or their assigns
1500 Pennsylvania Avenue, NW, Room 2134
Washington, District of Columbia 20220
CERTIFIED MAIL NUMBER: 7018 2290 0000 4228 6939

To: Department of the Treasury
OFFICE OF THE STATE TREASURER and or their assigns
Attn: Elizabeth Maher Muoio
Address:P.o Box 002
Trenton, NJ 08625-002
CERTIFIED MAIL NUMBER: 7017 2400 0000 8910 4278
To: New Jersey House of Representatives

New Jersey Legislative Council and/or their assigns
Attn: Joseph A. Lagana
205 Robin Rd, Suite 222
Paramus, NJ 07652
Priority Mail® NUMBER: 9114 9999 4431 3786 5966 03
Note: A Presentment of delivery was delivered by hand at location
205 Robin Rd, Suite 222, Paramus NJ 07652 to Legislative Aide
Casey Haddox on February 21, 2019 in leui of no access to mail delivery.

Reference:    **Agreement/Contract No.: Contract # 2019-4421568259170–M02852261– A5178R582©**
              **Addendum to Agreement/Contract I.D.: Doc I.D. #: 2019-4421568259170–M02852261–ADDEN1**

    This communication is to inform you that you received notification of the requirements to respond within 10 calendar days after receipt and or within the additional three (3) days, (72) hours specified in the Addendum, we have not received a response from you, so we will need you to provide proof that you have indeed responded to each and every point of averment or proof of claim within the 10 day allotted time and or an additional 3 day allotted time". You have three (3) days, (72) hours to provide proof that you did not receive it or that you did respond as referenced above and provide us proof of delivery. If you do not provide it within the 3 days as referenced above pertaining to this notice, you will be in **"default"** and we will do this, we proceed to get a judgment against you through arbitration.

Thank you for your consideration....

Of this presentment take due **Notice** and heed, and govern yourself accordingly.

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

                            Sincerely,
                            Without Recourse

                          , _____
                            Marlon A. Pena
                            Natural Man,
                            Date: March 4, 2019

**(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)**

. Pena
Main St Apt 25
ge, NJ 07661

7019 1640 0000 1789 4902



United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

2020 AUG 27  A  9 59

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED