**Record/FILE ON DEMAND**

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY** 2021 APR 22  A 10: 46

| | |
|---|---|
| Marlon A. Pena, | **CASE NO.: 2:19-cv-21492-MCA-MAH** |
| Petitioner, | |
| vs. | **AMENDMENT** |
| | **NOTICE OF APPEAL** |
| TD AUTO FINANCE LLC; et al.; | |
| Respondent(s). | |

Notice is hereby given that **Petitioner** Marlon A. Pena, hereby appeals to the United States

Court of Appeals for the Circuit from the order of this Court filed and entered on **March 16,**

**2021 (Doc 9)** denying Petitioner Motion for Reconsideration filed and entered on **August 27,**

**2020 (Doc. 5)**. Marlon A. Pena, hereby appeals from the **July 28, 2020 (Doc.4)** order

dismissing the application for confirmation I hereby certify that the appeal is not taken for

purposes of delay and that the evidence presented is substantial proof of fact material in the

proceeding supported by law (Federal Arbitration Act "9 USC § 9-16 and the Bradley

Cristopher Stark Act, a Private Law passed by congress – Exhibit – F filed On the record on 10-

16-2020). DATED this 15_ day of **April, 2021**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

non assumpsit 4-15-21

Marlon A. Pena, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 1170 Main St Apt 25, River Edge, New Jersey 07661
Ph. 347-283-3737

## CERTIFICATE OF SERVICE

Petitioner, HEREBY CERTIFY that a true and correct copy of this Notice has been mailed to all

parties on the service list **via: UNITED STATES POST OFFICE by the UNITED STATES POSTAL**

**SERVICE via Certified Mail on April 15 , 2021.**

### SENT TO:

BROWN & CONNERY LLP
Attn: Jeffrey R. Johnson
c/o 360 Haddon Avenue
Westmont, New Jersey 08108
Certified Mail No. 7020 0640 0001 7257 5448
Counsel for Respondent TD AUTO FINANCE LLC.

"Without Prejudice"

_____ non assumpsit 4-15-21

Marlon A. Pena, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 1170 Main St Apt 25, River Edge, New Jersey 07661
Ph. 347-283-3737



**CERTIFIED MAIL®**

Marlon A. Pena

c/o 1170 Main St Apt 25,

River Edge, New Jersey 07661

7020 0640 0001 7257 5455

U.S. POSTAGE PAID
FCM LETTER
RIVER EDGE, NJ
07661
APR 17, 21
AMOUNT

**$4.15**

R2303S103024-10

1000          07102

UNITED STATES DISTRICT COURT
OF NEW JERSEY
50 Walnut Street
Newark, NJ 07102

07102-359599